THIS
 OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The Estate of
 Phoebe Weinberg, Respondent,
v.
Robert Laubshire, Appellant.
 
 
 

Appeal From Anderson County
R. Lawton McIntosh, Circuit Court Judge

Unpublished Opinion No. 2011-UP-448
Submitted October 1, 2011  Filed October
 11, 2011   

AFFIRMED

 
 
 
Robert Laubshire, pro se, for Appellant.
C. Rauch Wise, of Greenwood, for
 Respondent.
 
 
 

PER CURIAM: Robert
 Laubshire appeals the circuit court's denial of his motion to vacate the
 registration of a foreign judgment against him, arguing the circuit court erred
 in not determining whether the ten-year enforcement period for the execution of
 a foreign judgment had expired.  We affirm[1] pursuant
 to Rule 220(b)(1), SCACR, and the following authority: Chastain v.
 Hiltabidle, 381 S.C. 508, 515, 673 S.E.2d 826, 829 (Ct. App. 2009) ("When an issue is raised to but not ruled upon by the [circuit] court, the
issue is preserved for appeal only if the party raises the same issue in a Rule 59(e) motion.").  
AFFIRMED.
HUFF, PIEPER, and LOCKEMY, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.